UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID B. TODD, III ] | |
|     Petitioner, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 3:12-mc-0033 |
| ] | Judge Trauger |
| STATE OF TENNESSEE ] | |
|     Respondent. ] | |

### O R D E R

On April 16, 2012, an order (Docket Entry No.3) was entered directing the petitioner to either pay the five dollar ($5.00) fee required to file his habeas corpus petition or submit an application to proceed in forma pauperis.

Since the entry of this order, the petitioner has filed a motion to appoint counsel (Docket Entry No.6) and a motion requesting leave to supplement (Docket Entry No.7).

Because the issue of the filing fee has not yet been resolved, the petitioner's pending motions are premature. For that reason, they are hereby DENIED, subject to renewal at a later date.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge